JAP:AMC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-10-154**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

DANNY RUSSELL,

               Defendant.

- - - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C § 751(a))

EASTERN DISTRICT OF NEW YORK, SS:

     CRAIG CAINE, being duly sworn, deposes and states that he is a Deputy United States Marshal duly appointed according to law and acting as such.

     Upon information and belief, on or about February 17, 2010, within the Eastern District of New York and elsewhere, the defendant DANNY RUSSELL, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

     (Title 18 United States Code, Section 751(a)).

     The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

2

1. On or about June 22, 2005, the defendant DANNY RUSSELL was sentenced by Judge Jack B. Weinstein of the United States District Court for the Eastern District of New York to a term of 70 months' imprisonment and remanded to the custody of the Attorney General of the United States. The defendant was sentenced in connection with a conviction for felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

2. On or about January 17, 2010, the defendant DANNY RUSSELL was transferred from U.S.P. Beaumont in Beaumont, Texas to the Brooklyn Residential Reentry Center ("BRRC"). The defendant's term of custody was scheduled to be completed on June 5, 2010.

3. On or about February 17, 2010, at approximately 11:10 a.m., the defendant DANNY RUSSELL was observed by staff walking out of the BRRC. A staff member advised the defendant not to leave the facility. The defendant proceeded to walk out of the BRRC. The defendant was scheduled to remain at the facility until June 5, 2010.

4. As of this date, the defendant DANNY RUSSELL has failed to return to the BRRC.

3

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant DANNY RUSSELL so that he may be dealt with according to law.

                                                            _____
                                                            CRAIG CAINE
                                                            Deputy Marshal
                                                            U.S. Marshals Service